IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:19CR3046 |
| vs. | |
| SEAN C. CANAS, | ORDER |
| Defendant. | |

On July 29, 2021, the defendant appeared in person with his attorney, Toni M. Leija-Wilson. The United States was represented by Matthew R. Molsen, Assistant United States Attorney. Defendant admits he violated Allegation 1, Mandatory Condition, of his terms and conditions of probation. The Court finds that the admission was knowing, fully informed, and voluntary and there is a factual basis for the admission and accepts the admission as alleged in the Amended Petition for Offender Under Supervision (filing 18).

IT IS ORDERED: Defendant's term of probation is not revoked and the term of probation is extended for 6 months beyond July 31, 2021, ending on February 1, 2022. The terms and conditions of probation will remain the same terms and conditions as previously imposed by the Court.

Dated this 29th day of July, 2021.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge